**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARCO ANTONIO RIPA-SOLENO (1),<br><br>　　　　Defendant. | Case No. 12CR0430-MMA-1<br><br>**JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND EXONERATION OF BOND**<br><br>[Doc. No. 88] |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed with prejudice as to defendant MARCO ANTONIO RIPA-SOLENO only.

IT IS FURTHER ORDERED that the bond be exonerated as to defendant MARCO ANTONIO RIPA-SOLENO.

**IT IS SO ORDERED.**

DATED: August 1, 2013

　　　　　　　　　　　　　　　　　　*Michael M. Anello*

　　　　　　　　　　　　　　　　　　Hon. Michael M. Anello
　　　　　　　　　　　　　　　　　　United States District Judge